UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KIMBERLY BARR,**

    **Plaintiff,**

**v.**                                   **Case No: 6:17-cv-1826-Orl-41GJK**

**OCEANSIDE GOLF AND COUNTRY CLUB, INC.,**

    **Defendant.**

---

**ORDER**

THIS CAUSE is before the Court on Defendant's Consolidated Dispositive Motion to Dismiss Plaintiff's Complaint and Motion to Quantify Attorneys' Fee Award ("Motion," Doc. 22). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 23), recommending that the Motion be granted, the case be dismissed with prejudice, and Defendant be awarded $666.50 in attorneys' fees.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Consolidated Dispositive Motion to Dismiss Plaintiff's Complaint and Motion to Quantify Attorneys' Fee Award (Doc. 22) is **GRANTED**.

3. Defendant is awarded attorneys' fees in the amount of $666.50.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2018.



Copies furnished to:

Counsel of Record
Unrepresented Party